SCHEDO

# U.S. District Court
# District of New Jersey [LIVE] (Newark)
# CIVIL DOCKET FOR CASE #: 2:07-cv-02249-FSH-PS

DEWEY et al v. VOLKSWAGEN OF AMERICA, INC. et al
Assigned to: Judge Faith S. Hochberg
Referred to: Magistrate Judge Patty Shwartz
Cause: 28:1332 Diversity-Fraud

Date Filed: 05/11/2007
Jury Demand: Plaintiff
Nature of Suit: 370 Fraud or Truth-In-Lending
Jurisdiction: Diversity

**Plaintiff**

**JOHN M. DEWEY**
*on behalf of themselves and all others similarly situated*

represented by **ASHLEY KIM**
SCHOENGOLD SPORN LAITMAN & LOMETTI PC
19 FULTON STREET
SUITE 406
NEW YORK, NY 10003
212-964-0046
Email: ashley@spornlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**FRANCIS JOHN VERNOIA**
GENOVA, BURNS, & VERNOIA, ESQS.
EISENHOWER PLAZA II
354 EISENHOWER PARKWAY
SUITE 2575
LIVINGSTON, NJ 07039-1023
(973) 533-0777
Email: fvernoia@gbvlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**FRANK ROCCO SCHIRRIPA**
SCHOENGOLD, SPORN, LAITMAN & LOMETTI, PC
19 FULTON STREET
SUITE 406
NEW YORK, NY 10038
(212) 964-0046
Email: frank@spornlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PATRICK DEMARTINO** represented by **ASHLEY KIM**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**FRANCIS JOHN VERNOIA**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**FRANK ROCCO SCHIRRIPA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PATRICIA ROMEO** represented by **ASHLEY KIM**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**FRANCIS JOHN VERNOIA**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**FRANK ROCCO SCHIRRIPA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LYNDA GALLO** represented by **ADAM M. SLATER**
MAZIE SLATER KATZ & FREEMAN

103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
(973)228-9898
Email: aslater@mskf.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**REBECCA NADEAU**
*TERMINATED: 05/20/2008*

**Plaintiff**

**GERALDINE STIEN**
*TERMINATED: 05/20/2008*

V.

**Defendant**

**VOLKSWAGEN OF AMERICA, INC.**

represented by **KEITH ANDREW FREDERICK**
HERZFELD & RUBIN PC
40 WALL STREET
NEW YORK, NY 10005
212-471-8500
Fax: 212-344-3333
Email: kfrederick@herzfeld-rubin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PETER J. KURSHAN**
CHASE, KURSHAN, HERZFELD & RUBIN, LLC
354 LIVINGSTON PARKWAY
LIVINGSTON, NJ 07039
(973) 535-8840
Email: pkurshan@chaselawnj.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**VOLKSWAGEN OF AMERICA, INC.**
*doing business as*
AUDI OF AMERICA, INC.

represented by **KEITH ANDREW FREDERICK**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PETER J. KURSHAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**VOLKSWAGEN AG**

represented by **KEITH ANDREW FREDERICK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**VOLKSWAGEN BETEILIGUNGS GESELLSCHAFT M.B.H.**

**Defendant**

**AUDI AG**

represented by **KEITH ANDREW FREDERICK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**VOLKSWAGEN DE MEXICO, S.A. DE C.V.**

represented by **KEITH ANDREW FREDERICK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**VOLKSWAGEN GROUP OF AMERICA INC.**

represented by **KEITH ANDREW FREDERICK**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**JACQUELINE DELGUERCIO**

represented by **ADAM M. SLATER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ERIC D. KATZ**
MAZIE, SLATER, KATZ & FREEMAN, LLC
103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
(973) 228-9898
Email: ekatz@mskf.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MATTHEW ROSS MENDELSOHN**
MAZIE SLATER KATZ & FREEMAN LLC
103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
973-228-9898
Email: mmendelsohn@mskf.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/11/2007 | 1 | COMPLAINT against VOLKSWAGEN OF AMERICA, INC. ( Filing fee $ 350 receipt number 1476596.) JURY DEMAND, filed by JOHN M. DEWEY, PATRICK DEMARTINO, PATRICIA ROMEO.(mn, ) (Entered: 05/15/2007) |
| 05/17/2007 | 2 | Summons Issued as to VOLKSWAGEN OF AMERICA, INC..Days Due - 20. (MAILED TO COUNSEL) (ld, ) (Entered: 05/17/2007) |
| 05/29/2007 | 3 | AFFIDAVIT of Service for Summons and Complaint served on Volkswagen of America, Inc. on May 23, 2007, filed by VOLKSWAGEN OF AMERICA, INC.. (VERNOIA, FRANCIS) (Entered: 05/29/2007) |
| 05/29/2007 | 4 | AFFIDAVIT of Service for Summons and Complaint served on Volkswagen of America, Inc. d/b/a Audi of America, Inc. on May 23, 2007, filed by VOLKSWAGEN OF AMERICA, INC.. (VERNOIA, FRANCIS) (Entered: 05/29/2007) |
| 06/19/2007 | 5 | Letter from Francis J. Vernoia, Esq.. (Attachments: # 1 Certification of Francis J. Vernoia, Esq. in Support of Application for Pro Hac Vice Admission of |

| | | |
|---|---|---|
| | | Samuel P. Sporn, Esq.# 2 Certification of Samuel P. Sporn, Esq. in Support of Application to Appear and Participate Pro Hac Vice# 3 Proposed Order for Pro Hac Vice Admission of Samuel P. Sporn, Esq.# 4 Certificate of Service) (VERNOIA, FRANCIS) (Entered: 06/19/2007) |
| 06/20/2007 | 6 | LETTER ORDER: scheduling a Telephone Conference for 6/21/2007 04:00 PM before Magistrate Judge Patty Shwartz.. Signed by Judge Patty Shwartz on 6/19/2007. (mn, ) (Entered: 06/20/2007) |
| 06/21/2007 | 7 | ORDER on informal application granting application for pro hac vice admission of Samuel P. Sporn. Signed by Judge Patty Shwartz on 06/20/2007. (nr, ) (Entered: 06/22/2007) |
| 06/21/2007 | | Minute Entry for proceedings held before Judge Patty Shwartz : Telephone Conference held on 6/21/2007. (aa, ) (Entered: 06/28/2007) |
| 06/22/2007 | 8 | ORDER consolidating action for pretrial purposes only and scheduling a rule 16 conference for 9/18/2007. Signed by Judge Patty Shwartz on 06/21/2007. (nr, ) (Entered: 06/25/2007) |
| 06/29/2007 | | Pro Hac Vice fee: $ 150, receipt number 200346026 re Samuel P. Sporn (nr, ) (Entered: 07/06/2007) |
| 07/10/2007 | 9 | Letter from Francis J. Vernoia, Esq. enclosing Proposed Scheduling Order. (Attachments: # 1 Text of Proposed Order)(VERNOIA, FRANCIS) (Entered: 07/10/2007) |
| 07/12/2007 | 10 | SCHEDULING ORDER directing defts. Volkswagen of America, Inc., and Volkswagen of America, Inc., a/b/a Audi of America, Inc., shall file and serve their motion to dismiss pltf's complts. on or before July 31, 2007. Signed by Judge Patty Shwartz on 07/10/2007. (nr, ) (Entered: 07/13/2007) |
| 07/30/2007 | 11 | STIPULATION *to file defendants' motion to dismiss* by VOLKSWAGEN OF AMERICA, INC.. (GAFFNEY, JOHN) (Entered: 07/30/2007) |
| 08/08/2007 | 12 | Letter from Defendant Volkswagen of America pursuant to Appendix N. (KURSHAN, PETER) (Entered: 08/08/2007) |
| 08/08/2007 | 13 | MOTION to Dismiss *Complaint Pursuant to Rule 12, F.R.Civ.P.* by VOLKSWAGEN OF AMERICA, INC..Responses due by 10/8/2007 (Attachments: # 1 Brief)(KURSHAN, PETER) (Entered: 08/08/2007) |
| 08/08/2007 | | Set Deadlines as to 13 MOTION to Dismiss *Complaint Pursuant to Rule 12, F.R.Civ.P.*. Motion Hearing set for 9/10/2004 10:00 AM before Judge Faith S. Hochberg. (nr, ) (PLEASE BE ADVISED THAT THIS MOTION WILL BE DECIDED ON THE PAPERS UNLESS OTHERWISE NOTIFIED BY THE COURT) (Entered: 08/14/2007) |
| 08/15/2007 | | Reset Deadlines as to 13 MOTION to Dismiss *Complaint Pursuant to Rule 12, F.R.Civ.P.*. Responses due by 10/1/2007. Replies due by 10/31/2007. PARTIES ARE ADVISED THAT THE MOTION WILL BE HEARD ON THE PAPERS AND THAT NO APPEARANCES FOR A HEARING ARE NECESSARY UNLESS OTHERWISE NOTIFIED BY THE COURT. (lm, ) (Entered: 08/15/2007) |

| | | |
|---|---|---|
| 08/15/2007 | | Reset Deadlines as to 13 MOTION to Dismiss *Complaint Pursuant to Rule 12, F.R.Civ.P.*. Responses due by 10/8/2007. Replies due by 10/31/2007. (Note: deadlines reset to reflect 11 stipulation) (lm, ) (Entered: 08/15/2007) |
| 08/29/2007 | 14 | Letter from Francis J. Vernoia, Esq.. (Attachments: # 1 Stipulation Amending Complaint)(VERNOIA, FRANCIS) (Entered: 08/29/2007) |
| 08/30/2007 | 15 | STIPULATION AND ORDER amending complt. filed on May 11, 2007 to correct typograghical error. Signed by Judge Patty Shwartz on 08/29/2007. (nr, ) (Entered: 08/30/2007) |
| 09/10/2007 | 16 | Letter from Francis J. Vernoia, Esq.. (Attachments: # 1 Proposed Joint Discovery Plan)(VERNOIA, FRANCIS) (Entered: 09/10/2007) |
| 09/18/2007 | | Minute Entry for proceedings held before Judge Patty Shwartz : Scheduling Conference held on 9/18/2007. (aa, ) (Entered: 09/28/2007) |
| 09/19/2007 | 17 | SCHEDULING ORDER: Telephone Conference set for 12/13/2007 09:30 AM before Magistrate Judge Patty Shwartz., Final Pretrial Conference set for 2/24/2008 02:00 PM before Magistrate Judge Patty Shwartz.,Amended Pleadings due by 2/14/2008.Terminating motion no.13.. Signed by Judge Patty Shwartz on 9/18/07. (mn, ) (Entered: 09/19/2007) |
| 09/28/2007 | 18 | AMENDED COMPLAINT against VOLKSWAGEN AG, VOLKSWAGEN BETEILIGUNGS GESELLSCHAFT M.B.H., AUDI AG, Volkswagen de Mexico, S.A. DE C. V., VOLKSWAGEN OF AMERICA, INC., filed by JOHN M. DEWEY, PATRICK DEMARTINO, PATRICIA ROMEO. (VERNOIA, FRANCIS) (Entered: 09/28/2007) |
| 10/04/2007 | 21 | Summons Issued as to VOLKSWAGEN AG, VOLKSWAGEN BETEILIGUNGS GESELLSCHAFT M.B.H., AUDI AG, Volkswagen de Mexico, S.A. DE C. V..Days Due - 20. (nr, ) (Entered: 10/05/2007) |
| 10/04/2007 | 22 | Summons Issued as to VOLKSWAGEN OF AMERICA, INC. c/o Daniel V. Gsovski, VOLKSWAGEN OF AMERICA, INC., d/b/a Audi of America, Inc.,.Days Due - 10*. *or within the time remaining on the original pleading whichever period is longer*(nr, ) (Entered: 10/05/2007) |
| 10/05/2007 | 19 | NOTICE of Appearance by ERIC D. KATZ on behalf of JACQUELINE DELGUERCIO (KATZ, ERIC) (Entered: 10/05/2007) |
| 10/05/2007 | 20 | NOTICE of Appearance by ERIC D. KATZ on behalf of JACQUELINE DELGUERCIO (KATZ, ERIC) (Entered: 10/05/2007) |
| 10/09/2007 | 23 | NOTICE of Appearance by ADAM M. SLATER on behalf of JACQUELINE DELGUERCIO (SLATER, ADAM) (Entered: 10/09/2007) |
| 10/12/2007 | 24 | First MOTION to Dismiss *class action complaints* by VOLKSWAGEN OF AMERICA, INC..Responses due by 10/31/2007 (Attachments: # 1 Declaration Declarations with exhibits# 2 Brief memorandum of law in support of motion to dismiss)(FREDERICK, KEITH) (Entered: 10/12/2007) |
| 10/12/2007 | | Set Deadlines as to 24 First MOTION to Dismiss *class action complaints*. Motion Hearing set for 1/12/2007 10:00 AM before Judge Faith S. Hochberg. |

| | | |
|---|---|---|
| | | (nr, ) (PLEASE BE ADVISED THAT THIS MOTION WILL BE DECIDED ON THE PAPERS UNLESS OTHERWISE NOTIFIED BY THE COURT) (Entered: 10/15/2007) |
| 10/15/2007 | | Reset Deadlines as to 24 First MOTION to Dismiss *class action complaints*. Responses due by 10/31/2007. Replies due by 11/21/2007. (Clerk's note: deadlines are pursuant to 17 Scheduling Order). PARTIES ARE ADVISED THAT THE MOTION WILL BE HEARD ON THE PAPERS AND THAT NO APPEARANCES ARE NECESSARY. (lm, ) (Entered: 10/15/2007) |
| 10/31/2007 | 25 | BRIEF in Opposition re 24 First MOTION to Dismiss *class action complaints* filed by JACQUELINE DELGUERCIO. (Attachments: # 1 Unpublished Opinions)(MENDELSOHN, MATTHEW) (Entered: 10/31/2007) |
| 10/31/2007 | 26 | CERTIFICATION in Opposition re 24 First MOTION to Dismiss *class action complaints* filed by JACQUELINE DELGUERCIO. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(MENDELSOHN, MATTHEW) (Entered: 10/31/2007) |
| 10/31/2007 | 27 | BRIEF in Opposition re 24 First MOTION to Dismiss *class action complaints* filed by JOHN M. DEWEY, PATRICK DEMARTINO, PATRICIA ROMEO. (Attachments: # 1 Brief in Opposition to Defendants' Motion to Dismiss Part II (pgs. 25-40)# 2 Certificate of Service)(VERNOIA, FRANCIS) (Entered: 10/31/2007) |
| 11/02/2007 | 28 | Letter from Adam M. Slater, Esq.. (MENDELSOHN, MATTHEW) (Entered: 11/02/2007) |
| 11/30/2007 | 29 | MOTION to Quash *Service of Summons & Complaint pursuant to Rule 12(b)4 & (5) and alternatively to dismiss complaint* by VOLKSWAGEN AG, AUDI AG, Volkswagen de Mexico, S.A. DE C. V.. (Attachments: # 1 Brief memorandum in support of motion to quash# 2 Declaration affirmations of Gsovski & Uva# 3 Declaration declaration of J Folz# 4 Exhibit folz declaration exh A# 5 Exhibit Folz declaration Exh B# 6 Exhibit Folz declaration exh C-1# 7 Exhibit Folz declaration exh C-2# 8 Certificate of Service certificate of service)(FREDERICK, KEITH) (Entered: 11/30/2007) |
| 11/30/2007 | | Set Deadlines as to 29 MOTION to Quash *Service of Summons & Complaint pursuant to Rule 12(b)4 & (5) and alternatively to dismiss complaint* MOTION to Quash *Service of Summons & Complaint pursuant to Rule 12(b)4 & (5) and alternatively to dismiss complaint* MOTION to Quash *Service of Summons & Complaint pursuant to Rule 12(b)4 & (5) and alternatively to dismiss complaint*. Motion Hearing set for 12/24/2007 10:00 AM before Judge Faith S. Hochberg. (nr, ) (PLEASE BE ADVISED THAT THIS MOTION WILL BE DECIDED ON THE PAPERS UNLESS OTHERWISE NOTIFIED BY THE COURT) (Entered: 12/03/2007) |
| 12/04/2007 | 30 | NOTICE of Appearance by FRANK ROCCO SCHIRRIPA on behalf of all plaintiffs (SCHIRRIPA, FRANK) (Entered: 12/04/2007) |
| 12/05/2007 | 31 | REPLY to Response to Motion re 24 First MOTION to Dismiss *class action complaints of all plaintiffs* filed by VOLKSWAGEN OF AMERICA, INC.. (Attachments: # 1 Declaration of Keith A. Frederick, Esq in support# 2 Exhibit |

| | | |
|---|---|---|
| | | A-D to Declaration of Keith A. Frederick, Esq.# 3 Certificate of Service) (FREDERICK, KEITH) (Entered: 12/05/2007) |
| 12/05/2007 | 32 | APPENDIX in Support re 24 First MOTION to Dismiss *class action complaints of all plaintiffs* filed by VOLKSWAGEN OF AMERICA, INC.. (FREDERICK, KEITH) (Entered: 12/05/2007) |
| 12/05/2007 | 33 | APPENDIX in Support re 24 First MOTION to Dismiss *class action complaints of all plaintiffs* filed by VOLKSWAGEN OF AMERICA, INC.. (FREDERICK, KEITH) (Entered: 12/05/2007) |
| 12/06/2007 | 34 | AFFIDAVIT of Service for Summons and First Amended Class Action Complaint served on Ann Marie Conti, Volkswagen of America, Inc., as agent for Volkswagen AG on October 29, 2007, filed by JOHN M. DEWEY. (SCHIRRIPA, FRANK) (Entered: 12/06/2007) |
| 12/06/2007 | 35 | NOTICE of Appearance by ASHLEY KIM on behalf of all plaintiffs (KIM, ASHLEY) (Entered: 12/06/2007) |
| 12/06/2007 | | CLERKS QUALITY CONTROL MESSAGE - The Declaration Doc. 31 submitted by K. FREDERICK on 12/05/2007 did not contain a proper electronic signature (s/). PLEASE RESUBMIT THE DOCUMENT WITH THE PROPER ELECTRONIC SIGNATURE (s/ Attorneys Name.) This submission will remain on the docket unless otherwise ordered by the court. (nr, ) (Entered: 12/06/2007) |
| 12/06/2007 | 36 | REPLY to Response to Motion re 24 First MOTION to Dismiss *class action complaints* filed by VOLKSWAGEN OF AMERICA, INC.. (FREDERICK, KEITH) (Entered: 12/06/2007) |
| 12/07/2007 | 37 | Letter from Daniel V. Gsovski, Esq. re 36 Reply to Response to Motion, 24 First MOTION to Dismiss *class action complaints*, 25 Brief in Opposition to Motion, 28 Letter, 31 Reply to Response to Motion,. (FREDERICK, KEITH) (Entered: 12/07/2007) |
| 12/10/2007 | | Update Answer Due Deadline as to Volkswagon (Ans. due 11/18/2007) (nr, ) (Entered: 12/10/2007) |
| 12/10/2007 | 38 | ORDER granting 37 Letter-request to extend motion deadlines. Signed by Judge Faith S. Hochberg on 12/10/2007. (lm, ) (Entered: 12/10/2007) |
| 12/10/2007 | 39 | BRIEF in Opposition re 29 MOTION to Quash *Service of Summons & Complaint pursuant to Rule 12(b)4 & (5) and alternatively to dismiss complaint* MOTION to Quash *Service of Summons & Complaint pursuant to Rule 12(b)4 & (5) and alternatively to dismiss complaint* MOTION to Quash *Service of Summons & Complaint pursuant to Rule 12(b)4 & (5) and alternatively to dismiss complaint* filed by JOHN M. DEWEY. (KIM, ASHLEY) (Entered: 12/10/2007) |
| 12/10/2007 | 40 | DECLARATION of Samuel P. Sporn re 39 Brief in Opposition to Motion, by JOHN M. DEWEY. (Attachments: # 1 Exhibit 1-10)(KIM, ASHLEY) (Entered: 12/10/2007) |
| 12/13/2007 | | Minute Entry for proceedings held before Judge Patty Shwartz : Telephone |

| | | |
|---|---|---|
| | | Status Conference held on 12/13/2007. (drc, ) (Entered: 01/02/2008) |
| 12/14/2007 | 41 | First MOTION to Quash *service of Amended Complaint of Delguercio* by VOLKSWAGEN AG, AUDI AG, Volkswagen de Mexico, S.A. DE C. V.. (Attachments: # 1 Brief in support of defendants VWAG, Audi AG and VW de Mexico's Motion to Quash Service of the Amended Complaint of Delguercio# 2 Affidavit of Daniel V. Gsovski, Esq. in support of Motion to Quash Service of Amended complaint# 3 Exhibit A to Affidavit of D. Gsovski in support of motion to quash# 4 Exhibit B to Affidavit of D. Gsovski in support of motion to quash# 5 Certificate of Service of K. Frederick)(FREDERICK, KEITH) (Entered: 12/14/2007) |
| 12/15/2007 | 42 | REPLY to Response to Motion re 29 MOTION to Quash *Service of Summons & Complaint pursuant to Rule 12(b)4 & (5) and alternatively to dismiss complaint* MOTION to Quash *Service of Summons & Complaint pursuant to Rule 12(b)4 & (5) and alternatively to dismiss complaint* MOTION to Quash *Service of Summons & Complaint pursuant to Rule 12(b)4 & (5) and alternatively to dismiss complaint* filed by VOLKSWAGEN AG, AUDI AG, Volkswagen de Mexico, S.A. DE C. V.. (Attachments: # 1 Affidavit of Daniel V Gsovski, Esq. in Support w/ exhibit# 2 Affidavit of Denks in support of motion# 3 Certificate of Service of K. Frederick)(FREDERICK, KEITH) (Entered: 12/15/2007) |
| 12/17/2007 | 43 | ORDER on informal application regarding discovery. Signed by Judge Patty Shwartz on 12/13/2007. (nr, ) (Entered: 12/17/2007) |
| 12/18/2007 | 44 | NOTICE of Appearance by KEITH ANDREW FREDERICK on behalf of VOLKSWAGEN OF AMERICA, INC. (FREDERICK, KEITH) (Entered: 12/18/2007) |
| 01/17/2008 | 45 | Letter from Daniel V. Gsovski, Esq. re Status Conference. (FREDERICK, KEITH) (Entered: 01/17/2008) |
| 01/17/2008 | 46 | ORDER on informal application granting deft's request to extend the deadline to submit a discovery protective order to 1/24/2008. Signed by Judge Patty Shwartz on 01/17/2008. (nr, ) (Entered: 01/18/2008) |
| 01/25/2008 | 47 | Letter from Daniel V. Gsovski, Esq. re 43 Order on Oral Motion, Status Conference, 46 Order on Oral Motion, 45 Letter. (FREDERICK, KEITH) (Entered: 01/25/2008) |
| 01/25/2008 | 48 | Letter from Daniel V. Gsovski, Esq. re 43 Order on Oral Motion, Status Conference, 47 Letter, 46 Order on Oral Motion, 45 Letter. (Attachments: # 1 Text of Proposed Order CORRECTED Parties' Submissionsre Confidentiality Order per Magistrate Judge's Order)(FREDERICK, KEITH) (Entered: 01/25/2008) |
| 01/31/2008 | | Minute Entry for proceedings held before Magistrate Judge Patty Shwartz: Telephone Conference held on 1/31/2008. (aa, ) (Entered: 02/06/2008) |
| 02/05/2008 | 49 | ORDER on informal application denying request to enter discovery confidentiality order; granting request to extend the deadline to file motions to amend pleadings or join parties. Signed by Magistrate Judge Patty Shwartz on |

| | | |
|---|---|---|
| | | 01/31/2008. (nr, ) (Entered: 02/06/2008) |
| 02/13/2008 | 50 | TRANSCRIPT of Proceedings held on January 31, 2008 before Judge Shwartz. PLEASE NOTE: The complete transcript of these proceedings is maintained in paper format on file in the Clerks Office. To request copies of this transcript, contact the Official Court Reporter or Transcription Service who prepared the transcript. (ji, ) (Entered: 02/13/2008) |
| 03/07/2008 | 51 | DISCOVERY PROTECTIVE ORDER. Signed by Magistrate Judge Patty Shwartz on 02/29/2008. (nr, ) (Entered: 03/10/2008) |
| 03/12/2008 | 53 | ORDER on informal application granting request for extensions of deadlines for class fact discovery; consolidating case with 07-2361 for pretrial purposes only; SCHEDULING ORDER: Telephone Conference set for 6/13/2008 09:30 AM before Magistrate Judge Patty Shwartz., Final Pretrial Conference set for 2/24/2009 02:00 PM before Magistrate Judge Patty Shwartz.. Signed by Magistrate Judge Patty Shwartz on 03/12/2008. (nr, ) (Entered: 03/13/2008) |
| 03/12/2008 | | Minute Entry for proceedings held before Magistrate Judge Patty Shwartz: Telephone Conference held on 3/12/2008. (aa, ) (Entered: 03/17/2008) |
| 03/13/2008 | 52 | NOTICE of Appearance by MATTHEW ROSS MENDELSOHN on behalf of JACQUELINE DELGUERCIO (MENDELSOHN, MATTHEW) (Entered: 03/13/2008) |
| 04/01/2008 | 54 | OPINION. Signed by Judge Faith S. Hochberg on 03/31/2008 . (nr, ) Modified on 4/16/2008 (nr, ). (Entered: 04/01/2008) |
| 04/01/2008 | 55 | ORDER granting in part and denying in part 29 Motion to Quash; granting in part and denying in part 41 Motion to Quash; granting in part and denying in part 24 Motion to Dismiss. Signed by Judge Faith S. Hochberg on 03/31/2008. (nr, ) (Entered: 04/01/2008) |
| 04/09/2008 | 56 | Letter from Adam Slater to Clerk filing Second Amended Complaint in Delguercio matter. (Attachments: # 1 Delguercio and Gallo Second Amended Complaint)(SLATER, ADAM) (Entered: 04/09/2008) |
| 04/15/2008 | 57 | AMENDED COMPLAINT *Second Amended Complaint* against all defendants all defendants., filed by JOHN M. DEWEY.(SCHIRRIPA, FRANK) (Entered: 04/15/2008) |
| 04/16/2008 | | CLERKS QUALITY CONTROL MESSAGE - Please review the the Amended Complt. attached to docket entry No. 56 submitted by ADAM SLATER on 4/9/2008 This document was attached to a letter. PLEASE RESUBMIT THE DOCUMENT USING THE EVENT AMENDED COMPLT. This submission will remain on the docket unless otherwise ordered by the court (nr, ) (Entered: 04/16/2008) |
| 04/16/2008 | 58 | AMENDED COMPLAINT *(Second)* against all defendants all defendants., filed by Lynda Gallo, JACQUELINE DELGUERCIO.(SLATER, ADAM) (Entered: 04/16/2008) |
| 04/25/2008 | 59 | Letter from Daniel V. Gsovski. (FREDERICK, KEITH) (Entered: 04/25/2008) |
| | | |

| | | |
|---|---|---|
| 04/28/2008 | | Minute Entry for proceedings held before Magistrate Judge Patty Shwartz: Status Conference held on 4/28/2008. (aa, ) (Entered: 05/07/2008) |
| 04/29/2008 | 60 | ORDER on informal application denying the request that the Court extend the deadline for all defts. to respond by the date on which the last deft's response is due; directing the defts. who have been served with the amended complt. to file their answers no later than 5/12/2008;. Signed by Magistrate Judge Patty Shwartz on 04/28/2008. (nr, ) (Entered: 04/30/2008) |
| 04/30/2008 | | Minute Entry for proceedings held before Magistrate Judge Patty Shwartz: Telephone Conference held on 4/30/2008. (aa, ) (Entered: 05/07/2008) |
| 05/01/2008 | 61 | AMENDED ORDER on informal application denying request that the Court extend the deadline for all defts. to respond by the date on which the last deft's response is due; directing the defts. who have served with the amended complt. to file their answers no later than 5/12/2008. Signed by Magistrate Judge Patty Shwartz on 04/30/2008. (nr, ) (Entered: 05/05/2008) |
| 05/07/2008 | 62 | NOTICE of Voluntary Dismissal by JOHN M. DEWEY (SCHIRRIPA, FRANK) (Entered: 05/07/2008) |
| 05/12/2008 | 63 | TRANSCRIPT of Proceedings held on April 28, 2008 before Judge Shwartz. PLEASE NOTE: The complete transcript of these proceedings is maintained in paper format on file in the Clerks Office. To request copies of this transcript, contact the Official Court Reporter or Transcription Service who prepared the transcript. (ji, ) (Entered: 05/12/2008) |
| 05/12/2008 | 64 | ANSWER to Amended Complaint by VOLKSWAGEN OF AMERICA, INC.. (FREDERICK, KEITH) (Entered: 05/12/2008) |
| 05/12/2008 | 65 | ANSWER to Amended Complaint by VOLKSWAGEN AG.(FREDERICK, KEITH) (Entered: 05/12/2008) |
| 05/12/2008 | | CLERKS QUALITY CONTROL MESSAGE - Please note the ANSWER TO AMENDED COMPLAINT attached to docket entry 64 filed by KEITH FREDERICK on 5/12/08 was submitted error. Please disregard. (dc, ) (Entered: 05/13/2008) |
| 05/13/2008 | 66 | ANSWER to Amended Complaint *(second)* by VOLKSWAGEN GROUP OF AMERICA INC..(FREDERICK, KEITH) (Entered: 05/13/2008) |
| 05/13/2008 | 67 | STIPULATION AND ORDER dismissing the claims of additional names pltfs. Stien and Nadeau. Signed by Judge Faith S. Hochberg on 05/08/2008. (nr, ) (Entered: 05/14/2008) |
| 05/23/2008 | 68 | Letter from Adam Slater to Judge Shwartz. (SLATER, ADAM) (Entered: 05/23/2008) |
| 05/27/2008 | 69 | Letter from Daniel V. Gsovski, Esq.. (FREDERICK, KEITH) (Entered: 05/27/2008) |
| 05/29/2008 | 70 | Letter from Daniel V. Gsovski, Esq.. (FREDERICK, KEITH) (Entered: 05/29/2008) |
| 06/05/2008 | 71 | Letter from Francis J. Vernoia, Esq.. (Attachments: # 1 Certification of Francis |

| | | |
|---|---|---|
| | | J. Vernoia, Esq. in Support of Application for Pro Hac Vice Admission of Jay P. Saltzman, Esq., # 2 Certification of Jay P. Saltzman, Esq. in Support of Application to Appear and Participate Pro Hac Vice, # 3 Text of Proposed Order for Pro Hac Vice Admission of Jay P. Saltzman, Esq., # 4 Certificate of Service)(VERNOIA, FRANCIS) (Entered: 06/05/2008) |
| 06/06/2008 | 72 | ORDER on informal application denying request for relief embodied in the letters dated May 20, 2008, May 23, 2008, and June 5, 2008; discovery disputes (other than those araising during the course of depositions) shall be presented no later than June 11, 2008. Signed by Magistrate Judge Patty Shwartz on 06/06/2008. (nr, ) (Entered: 06/09/2008) |
| 06/09/2008 | 73 | ORDER on informal application regarding production of discovery. Signed by Magistrate Judge Patty Shwartz on 06/09/2008. (nr, ) (Entered: 06/10/2008) |
| 06/10/2008 | 74 | Letter from Daniel V. Gsovski, Esq. re 72 Order on Oral Motion, 73 Order on Oral Motion. (FREDERICK, KEITH) (Entered: 06/10/2008) |
| 06/11/2008 | 75 | Letter from Daniel V. Gsovski, Esq. re 72 Order on Oral Motion, 73 Order on Oral Motion, 74 Letter. (FREDERICK, KEITH) (Entered: 06/11/2008) |
| 06/11/2008 | 76 | Letter from Francis J. Vernoia, Esq.. (Attachments: # 1 Certification of Francis J. Vernoia, Esq. in Support of Jay P. Saltzman's Application to Appear and Participate Pro Hac Vice, # 2 Certification of Jay P. Saltzman, Esq. in Support of Application to Appear and Participate Pro Hac Vice, # 3 Text of Proposed Order, # 4 Certificate of Service)(VERNOIA, FRANCIS) (Entered: 06/11/2008) |
| 06/11/2008 | 77 | Letter from All Parties Addressing Unresolved Discovery Disputes. (MENDELSOHN, MATTHEW) (Entered: 06/11/2008) |
| 06/11/2008 | 78 | ORDER on informal application regarding discovery. Signed by Magistrate Judge Patty Shwartz on 06/10/2008. (nr, ) (Entered: 06/13/2008) |
| 06/11/2008 | 79 | ORDER on informal application granting request to extend the deadline set forth in the order of June 9, 2008. Signed by Magistrate Judge Patty Shwartz on 06/11/2008. (nr, ) (Entered: 06/13/2008) |
| 06/12/2008 | 80 | ORDER on informal application directing VWOA that no later than 6/24/2008 it produce its privilege log and all responsive, nonprivileged documents or a certification that all responsive, nonprivileged documents have been produced, etc.. Signed by Magistrate Judge Patty Shwartz on 6/12/2008. (nr, ) (Entered: 06/13/2008) |
| 06/12/2008 | 81 | ORDER granting application for pro hac vice admission of Jay P. Saltzman. Signed by Magistrate Judge Patty Shwartz on 06/12/2008. (nr, ) (Entered: 06/16/2008) |
| 06/13/2008 | | Minute Entry for proceedings held before Magistrate Judge Patty Shwartz: Telephone Conference held on 6/13/2008. (aa, ) (Entered: 07/01/2008) |
| 06/16/2008 | 82 | ORDER on informal application granting request for extension of the pretrial deadlines; consolidating this case with 07-2361 for pretrial purposes; SECOND AMENDED PRETRIAL SCHEDULING ORDER: Telephone Status |

| | | |
|---|---|---|
| | | Conference set for 9/17/2008 09:30 AM & 12/3/2008 at 3:00p.m. before Magistrate Judge Patty Shwartz. Final Pretrial Conference set for 5/27/2009 10:00 AM before Magistrate Judge Patty Shwartz. Proposed Pretrial Order due by 5/20/2009.. Pltf. shall a an amended complt., Signed by Magistrate Judge Patty Shwartz on 06/13/2008. (nr, ) Modified on 6/17/2008 (nr, ). (Entered: 06/17/2008) |
| 06/17/2008 | 83 | AMENDED COMPLAINT *(Third) filed pursuant to the Court's June 13, 2008 Order* against all defendants all defendants., filed by JOHN M. DEWEY. (SCHIRRIPA, FRANK) (Entered: 06/17/2008) |
| 07/01/2008 | | Pro Hac Vice fee: $ 150, receipt number 200352525 RE Jay P. Saltzman (nr, ) (Entered: 07/01/2008) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| [redacted] | | | |
| **PACER Login:** | [redacted] | **Client Code:** | [redacted] |
| **Description:** | Docket Report | **Search Criteria:** | 2:07-cv-02249-FSH-PS Start date: 1/1/1970 End date: 7/11/2008 |
| **Billable Pages:** | 8 | **Cost:** | [redacted] |