UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____  :
                                      :
JOHN M. DEWEY, et al.,                :
                                      :
        Plaintiffs,                   :
                                      :
    v.                                :    Civil Action No. 07-2249(FSH)
                                      :
                                      :
VOLKSWAGEN OF AMERICA, INC.,          :
et al.,                               :
                                      :
        Defendants.                   :
                                      :
_____  :
                                      :
JACQUELINE DELGUERCIO,                :
                                      :
        Plaintiff,                    :
                                      :
    v.                                :
                                      :    Civil Action No. 07-2361(FSH)
VOLKSWAGEN OF AMERICA, INC.,          :
et al.,                               :
                                      :
        Defendants.                   :    **ORDER ON INFORMAL**
                                      :    **APPLICATION**
_____  :

       This matter having come before the Court for a telephone conference on September 10, 2009;

       and the parties having reported that they have discussed a resolution of this case but time is needed to complete their discussions and all listed documents;

       and the Court directing the parties to commence and complete all discovery if a complete resolution is not reached by the date set forth herein;

       IT IS THEREFORE on this 10th day of September, 2009

ORDERED that if a settlement is reached, then the parties shall fully execute the settlement documents no later than **November 10, 2009** and the parties shall file a joint motion for preliminary approval to certify a settlement class and a class settlement no later than **November 19, 2009**.  If all parties wish to consent to magistrate judge jurisdiction for the purpose of the motion and final approval proceedings, then they may submit a consent to magistrate judge jurisdiction form to the United States District Judge on the date the motion is filed.  The Undersigned takes no position concerning this subject and leaves the decision concerning consent and referral to the parties and the United States District Judge, respectively; and

IT IS FURTHER ORDERED that the pretrial deadlines are suspended until **November 19, 2009** and will be automatically reimposed if the motion is not filed.  Discovery shall immediately resume and the parties shall submit a joint letter that sets forth the discovery left to be completed and the estimated amount of time to complete it, mindful that the deadlines will be set by the Court.

s/Patty Shwartz
**UNITED STATES MAGISTRATE JUDGE**