# MAZIE SLATER KATZ & FREEMAN, LLC

COUNSELLORS AT LAW

103 Eisenhower Parkway
Roseland, NJ 07068
(973) 228-9898
Fax (973) 228-0303
www.mskf.net

**Writer's Direct Dial: (973) 228-0454**

David A. Mazie*†
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman

\* Certified by the Supreme Court of
  New Jersey as a Civil Trial Attorney

† Certified as a Civil Trial Specialist
  by the National Board of
  Trial Advocacy

Counsel
Beth G. Baldinger°
David J. Reich°

Jennifer D. Pawlak°
Matthew R. Mendelsohn°
Karen G. Kelsen

° Member of N.J. & N.Y. Bars

February 2, 2010

**_VIA ECF_**
Honorable Patty Shwartz, U.S.M.J.
United States District Court
 for the District of New Jersey
Martin Luther King, Jr. Federal
50 Walnut Street
Newark, New Jersey  07102

    Re:    *DelGuercio v. Volkswagen of America, Inc., et al.*
            Civil Action No.: 07-2361(FSH)

            *Dewey v. Volkswagen of America, Inc., et al.*
            Civil Action No. 07-2249 (FSH) (PS)

Dear Judge Shwartz:

    This confirms my telephone conversation with your chambers wherein it was confirmed that the conference scheduled before Your Honor by telephone on February 3, 2010 at 2:30 p.m. remains scheduled and will go forward and that the docket entries regarding the scheduling of a hearing on our motion for preliminary approval and other relief for March 1, 2010 was a mistake in entry by the Clerk's Office.

    Thank you for your courtesies.

                      Respectfully,

                      */s/Adam M. Slater*

                      ADAM M. SLATER

AMS/lat
cc:    All Counsel on Attached Service List (via email)
H:\EDK\DelGuercio Class\Shwartz ltr re conf call 2-2-10.doc

## **SERVICE LIST**

Dina M. Mastellone, Esq.
Genova Burns & Vernoia
494 Broad Street
Newark, New Jersey  07102
973-533-0777 (T)
973-533-1112 (F)
dmastellone@gbvlaw.com

Jay Saltzman, Esq.
Schoengold, Sporn, Laitman & Lometti, PC
19 Fulton Street, Suite 406
New York, New York  10038
212-964-0046 (T)
212-264-8134 (F)
jay@spornlaw.com

Sam Sporn, Esq.
Schoengold, Sporn, Laitman & Lometti, PC
19 Fulton Street, Suite 406
New York, New York  10038
(cell) 718-637-7217
212-964-0046 (office)
212-267-8137 (F)
sam@spornlaw.com

Daniel V. Gsovski, Esq.
Herzfeld & Rubin, P.C.
125 Broad Street
New York, New York  10005
212-471-8512 (T)
212-344-3333 (F)
Dgsovski@herzfeld-rubin.com

Jeffrey Chase, Esq.
Herzfeld & Rubin, P.C.
125 Broad Street
New York, New York  10005
jchase@herzfeld-rubin.com
212-471-8460 direct dial
212-232-6660 direct fax
212-344-3333 main fax