

**HERZFELD & RUBIN, P.C.** 125 BROAD STREET, NEW YORK, NY 10004   TEL 212 471-8500   FAX 212 344-3333   WWW.HERZFELD-RUBIN.COM
ATTORNEYS AT LAW

DANIEL V. GSOVSKI
DIRECT DIAL: 212-471-8512
DGSOVSKI@HERZFELD-RUBIN.COM

April 20, 2010

**BY E-FILING**
Hon. Patty Shwartz, U.S.M.J.
United States District Court
Frank R. Lautenberg U.S. Post Office & Courthouse
2 Federal Square, Courtroom 10
Newark, New Jersey 07102

Re:   *John M. Dewey, et al. v. Volkswagen of America, Inc. et al.*
      07-CV-02249-FSH-PS
      *Jacqueline Delguercio, et al. v. Volkswagen of America, et al.*
      07-CV-02361-FSH-PS

Dear Judge Shwartz:

By e-mail copy of this letter, I am transmitting the advice received today from Chambers that both due dates listed in paragraph 20 of the Court's Preliminary Approval Order dated April 16, 2010 (Docket No. 178), are to be changed from June 21, 2010, as in the tendered draft, to June 15, 2010.

Respectfully,

Daniel V. Gsovski
Counsel for Defendants

cc: All Counsel (e-mail)

*[Handwritten annotation: The request is to confirm. It is so ordered this ___ day of April, 2010. Patty Shwartz, U.S.M.J.]*

HERZFELD & RUBIN, P.C.
1225 FRANKLIN AVE., SUITE 315
GARDEN CITY, NY 11530
TELEPHONE 212-471-3231

CHASE KURSHAN HERZFELD & RUBIN, LLC
354 EISENHOWER PARKWAY, SUITE 1100
LIVINGSTON, NJ 07039-1022
TELEPHONE 973-535-8840

HERZFELD & RUBIN, LLP
1925 CENTURY PARK EAST
LOS ANGELES, CA 90067
TELEPHONE 310-553-0451

RUBIN MEYER DORU & TRANDAFIR
SOCIETATE CIVILA DE AVOCATI
7 STRADA PITTUR CO PLOPI
BUCHAREST, ROMANIA
TELEPHONE +40-21-311-1460