

Daniel V. Gsovski
Direct Dial: 212-471-8512
dgsovski@herzfeld-rubin.com

May 10, 2010

**BY E-FILING**
Hon. Patty Shwartz, U.S.M.J.
United States District Court
Frank R. Lautenberg U.S. Post Office & Courthouse
2 Federal Square, Courtroom 10
Newark, New Jersey 07102

Re:   *John M. Dewey, et al. v. Volkswagen of America, Inc. et al.*
         07-CV-02249-FSH-PS
       *Jacqueline Delguercio, et al. v. Volkswagen of America, et al.*
         07-CV-02361-FSH-PS

Dear Judge Shwartz:

The parties learned on Friday, May 7, that the publication notice in USA Today appeared in the second section (business) of the paper rather than the first section as stipulated in the Agreement of Settlement. We determined that this occurred through a misunderstanding between the Settlement Administrator and their contacts with USA Today as to the possibility of guaranteeing section placement for such an advertisement on a date certain.

A second publication guaranteed to appear in the first section was immediately arranged. This publication will occur as soon as possible, either on Tuesday, May 11 or Wednesday, May 12, 2010. We believe that this represents substantial compliance with the Agreement as incorporated in this Court's Preliminary Approval Order dated April 16, 2010 and more than satisfies all applicable due process requirements.

Respectfully,

Daniel V. Gsovski
Counsel for Defendants

cc:   All counsel.

HERZFELD & RUBIN, P.C.
1225 FRANKLIN AVE, SUITE 315
GARDEN CITY, NY 11530
TELEPHONE: 212-471-3231

CHASE KURSHAN HERZFELD & RUBIN, LLC
354 EISENHOWER PARKWAY, SUITE 1100
LIVINGSTON, NJ 07039-1022
TELEPHONE: 973-535-8840

HERZFELD & RUBIN, LLP
1925 CENTURY PARK EAST
LOS ANGELES, CA 90067
TELEPHONE: 310-553-0451

RUBIN MEYER DORU & TRANDAFIR
SOCIETATE CIVILA DE AVOCATI
7. STRADA PUTUL CU PLOPI
BUCHAREST I, ROMANIA
TELEPHONE: (40) (21) 311-1460