UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____ :
                                     :
JOHN M. DEWEY, et al.,               :
                                     :
        Plaintiffs,                  :
                                     :
   v.                                :    Civil Action No. 07-2249(FSH)
                                     :
                                     :
VOLKSWAGEN OF AMERICA, INC.,         :
et al.,                              :
                                     :
        Defendants.                  :
                                     :
_____ :
                                     :
JACQUELINE DELGUERCIO,               :
                                     :
        Plaintiff,                   :
                                     :
   v.                                :
                                     :    Civil Action No. 07-2361(FSH)
VOLKSWAGEN OF AMERICA, INC.,         :
et al.,                              :
                                     :
        Defendants.                  :
                                     :
_____ :

**ORDER ON INFORMAL APPLICATION**

This matter having come before the Court by way of submission dated June 2, 2010, regarding June 10, 2010 deadline for defendants to produce their expert report and defendants request that the Court modify its May 19, 2010 order to limit its scope to Educational/Preventable Maintenance Campaign;

and the Court having considered the submission, record of proceedings, and governing law;

and for the reasons set forth in the Opinion delivered on the record on June 3, 2010;

and for good cause shown,

IT IS on this 3rd day of June, 2010

ORDERED that, no later than **June 10, 2010**, defendants shall produce their expert report and supporting materials; and

IT IS FURTHER ORDERED that the request for modification of the May 19, 2010 Order is denied.

                                              s/Patty Shwartz  
                                              **UNITED STATES MAGISTRATE JUDGE**