MAZIE SLATER KATZ & FREEMAN, LLC
103 Eisenhower Parkway
Roseland, New Jersey  07068
(973) 228-9898
Attorneys for DelGuercio Plaintiffs

SCHOENGOLD & SPORN, PC
19 Fulton Street, Suite 406
New York, New York  10038
(212) 964-0046
Attorneys for Dewey Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN M. DEWEY, et al.,<br><br>  Plaintiffs,<br>vs.<br><br>VOLKSWAGEN AG, et al.,<br><br>  Defendants.<br>JACQUELINE DELGUERCIO, et al.,<br><br>  Plaintiffs,<br>vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., et al.,<br><br>  Defendants. | Case Nos.<br>07-CV-2249-FSH-PS<br>07-CV-2361-FSH-PS<br>(consolidated)<br><br>**NOTICE OF MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES** |

TO:   All Counsel

PLEASE TAKE NOTICE that on July 26, 2010 at 10:00 a.m. in the forenoon or as soon thereafter as counsel may be heard, Co-Class Counsel shall move before the Honorable Patty Shwartz, U.S.M.J., at the United States District Court, United States Post Office and Courthouse Building, 50 Walnut Street, Room 477, Newark, New Jersey for an Order awarding attorneys' fees and expenses in the above-entitled actions.

PLEASE TAKE FURTHER NOTICE that Co-Class Counsel shall rely upon the annexed brief, Certifications of Adam M. Slater, and Certification of Samuel P. Sporn in support of this motion.

A form of Order is attached.

                              MAZIE SLATER KATZ & FREEMAN, LLC
                              Attorneys for DelGuercio Plaintiffs

By: /s/ Adam M. Slater
      ADAM M. SLATER

SCHOENGOLD & SPORN, PC
Attorneys for Dewey Plaintiffs

By: /s/ Samuel P. Sporn
      SAMUEL P. SPORN

Dated: June 9, 2010

H:\EDK\DelGuercio Class\Fee Application\NOM for Award of Atty Fees and Expenses 6-9-10.doc