CUSTOMER #: 112486                      145261          **Dwight Harrison Volkswagen**
                                                           3500 Stone Mountain Highway
                                    *INVOICE*                  Snellville, GA 30078
JOSH WEST                                                     Tel. (770) 979-2000
1616 Piedmont Avenue                                          Fax. (770) 979-2087
Atlanta, GA 30324                                             www.dwightharrison.com
                                        PAGE 1
HOME:           CONT:678-977-5405
BUS:            CELL:678-977-5405       SERVICE ADVISOR: 464 ANTHONY DULLING

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| BLUE | 00 | VOLKSWAGEN BEETLE | 3VWCA21C4YM431820 | | 150735/150739 | T176 |
| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
| 08APR00 IS | | | 19:00 12MAY10 | | 104.00 | CASH | 17MAY10 |
| R.O. OPENED | | READY | OPTIONS: | DLR:407235 ENG:2.0_Liter_F.I. | | | |
| 10:37 12MAY10 | | 14:17 17MAY10 | | | | | |

```
LINE OPCODE TECH TYPE HOURS                          LIST        NET       TOTAL
A CUSTOMER STATES SUNROOF LEAKING DRIVER FRONT AND REAR FLOORBOARD
      SOKED THROUGH CARPERT CHECK AND ADVISE
   MISC REMOVED AND REPLACED SUNROOF DRAIN
      LINES,LUBED SUNROOF.
         55 CPVW   2.00                                         208.00     208.00
PARTS:    0.00  LABOR:   208.00  OTHER:    0.00  TOTAL LINE A:             208.00

         ***************************************************
B CUSTOMER STATES WORK UP ESTIMATE ON REPLACING CARPET INTERIOR
   MISC REMOVED ENTIRE WATER DAMAGED INTERIOR CARPET
      AND REPLACED WITH ALL NEW CARPET AND COVER.
      NOTE FLOOR MATS NOT REPLACED EST$115.00
         55 CPVW   4.00                                         416.00     416.00
       1 1C1-863-367-AE-09J COVER              337.00           337.00     337.00
       1 1J0-863-955-R SOUND ABS               148.00           148.00     148.00
PARTS:  485.00  LABOR:   416.00  OTHER:    0.00  TOTAL LINE B:             901.00

         ***************************************************
C CUSTOMER STATES ELECTRICAL PROBLEM. DASH CLOCK RUNNING RAPIDLY.
      CUSTOMER REMOVED FUSES FOR SUNROOF AND VISOR LIGHTS TO PREVENT
      TOTAL POWER DRAIN CHECK AND ADVISE
   MISC REPLACED FUSE, AND ENTIRE MIRROR AND
      REPROGRAMMED TIME
         55 CPVW   0.50                                          52.00      52.00
       1 N-017-131-23 FLAT FUSE                  1.50             1.50       1.50
       1 1C0-857-511-L-3PT MIRROR               56.35            56.35      56.35
PARTS:   57.85  LABOR:    52.00  OTHER:    0.00  TOTAL LINE C:             109.85

         ***************************************************
CUSTOMER PAY SHOP CHARGE FOR REPAIR ORDER                                   10.00
```

PAID  MAY 18 2010  PAID
BY: _____

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| SHOP SUPPLIES | |
| TOTAL CHARGES | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

"The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale

All returns subject to 25% handling charge and refunds will be paid by company check. No returns after 10 days. No returns on electrical and special order parts. All returns must be accompanied with this notice. Parts listed with a 5 digit number or containing a "NVW" designation are not covered by the original vehicle manufacturer warranty.

X _____
CUSTOMER SIGNATURE

                    CUSTOMER COPY

# Dwight Harrison Volkswagen

3500 Stone Mountain Highway
Snellville, GA 30078
Tel. (770) 979-2000
Fax. (770) 979-2087
www.dwightharrison.com

CUSTOMER #: 112486

145261

*INVOICE*

PAGE 2

JOSH WEST
1616 Piedmont Avenue
Atlanta, GA 30324
HOME:                    CONT:678-977-5405
BUS:                     CELL:678-977-5405

SERVICE ADVISOR: 464 ANTHONY DULLING

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| BLUE | 00 | VOLKSWAGEN BEETLE | 3VWCA21C4YM431820 | | 150735/150739 | T176 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 08APR00 IS | | | 19:00 12MAY10 | | 104.00 | CASH | 17MAY10 |

OPTIONS: DLR:407235 ENG:2.0_Liter_F.I.

| R.O. OPENED | READY |
|---|---|
| 10:37 12MAY10 | 14:17 17MAY10 |

LINE OPCODE TECH TYPE HOURS                          LIST      NET      TOTAL

web appt created 2010-05-11      SERVICE & PARTS NOW OPEN FOR YOUR CONVENIENCE
07:21:15pm taken by Joshua       MONDAY AND FRIDAY, 7:30 AM UNTIL 6:00 PM
West                             TUESDAY, WEDNESDAY, AND THURSDAY
                                 7:30 AM UNTIL 7:00 PM, AND
                                 SATURDAY, 8:00 AM UNTIL 4:00 PM.
                                 PLEASE CALL FOR AN APPOINTMENT.
                                 *********WE APPRECIATE YOUR BUSINESS*********

```
    5132723
 STONE MOUNTAIN VW
3500 STONE MOUNTAIN HWY
  SNELLVILLE, GA 30078
    (770)979-2000

Term ID: 001         Ref #: 003

        Sale

XXXXXXXXXXXX1011
AMEX           Entry Method: Swiped

05/18/10              18:36:41
Inv #: 000003    Appr Code: 523420
Apprvd: Online    Batch#: 138001

Total:         $    1,261.42

          Customer Copy
```

"The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale

All returns subject to 25% handling charge and refunds will be paid by company check. No returns after 10 days. No returns on electrical and special order parts. All returns must be accompanied with this notice. Parts listed with a 5 digit number or containing a "NVW" designation are not covered by the original vehicle manufacturer warranty.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 676.00 |
| PARTS AMOUNT | 542.85 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| SHOP SUPPLIES | 10.00 |
| TOTAL CHARGES | 1228.85 |
| | 0.00 |
| SALES TAX | 32.57 |
| PLEASE PAY THIS AMOUNT | 1261.42 |

X _____
CUSTOMER SIGNATURE

CUSTOMER COPY