

**Ted Frank <tfrank@gmail.com>**

# Dewey v. Volkswagen, No. 07-CV-2249 (D.N.J.)

**Ted Frank <tfrank@gmail.com>**　　　　　　　　　　　　　　　　　　　　　**Mon, May 10, 2010 at 7:59 PM**
To: Samuel Sporn <sporn@spornlaw.com>
Cc: Frank Bednarz <frank.bednarz@gmail.com>

Mr. Sporn,

I've been asked by a class member to evaluate the fairness of the proposed settlement in this case.  Neither the class notice nor the brief in support of preliminary approval provided a valuation of the element of the "P9" and "JU" service actions or of the repair work required by Section 4.2.  Could you provide this information or tell me where in the docket it might be found?  It is obviously an important component of the settlement, and it would make a substantial difference in the fairness of the settlement if this relief was worth $1 million or $1 billion.  The only information provided in the class notice justifying the $30 million attorneys' fee request is for the $8 million reimbursement fund, and there is obviously a mismatch there.

Many thanks,

Theodore H. Frank
Center for Class Action Fairness
Washington, DC