MAZIE SLATER KATZ & FREEMAN, LLC
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 228-9898
Attorneys for DelGuercio Plaintiffs

SCHOENGOLD & SPORN, PC
19 Fulton Street, Suite 406
New York, New York 10038
(212) 964-0046
Attorneys for Dewey Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN M. DEWEY, et al., | : |
| Plaintiffs, | : |
| vs. | : |
| VOLKSWAGEN AG, et al., | : |
| Defendants. | : Case Nos. |
| JACQUELINE DELGUERCIO, et al., | : 07-CV-2249-FSH-PS |
| | : 07-CV-2361-FSH-PS |
| Plaintiffs, | : (consolidated) |
| vs. | : |
| | : **NOTICE OF MOTION** |
| VOLKSWAGEN GROUP OF AMERICA, INC., | : **FOR FINAL APPROVAL** |
| et al., | : **OF SETTLEMENT** |
| Defendants. | : |

TO:   All Counsel

PLEASE TAKE NOTICE that on July 26, 2010 at 10:00 a.m. in the forenoon or as soon thereafter as counsel may be heard, Co-Class Counsel shall move before the Honorable Patty Shwartz, U.S.M.J., at the United States District Court, United States Post Office and Courthouse Building, 50 Walnut Street, Room 477, Newark, New Jersey for an Order for final approval of the settlement in the above-entitled actions.

PLEASE TAKE FURTHER NOTICE that Co-Class Counsel shall rely upon the annexed brief, Certifications of Adam M. Slater, and Certification of Samuel P. Sporn in support of this motion.

A form of Order is attached.

                                            MAZIE SLATER KATZ & FREEMAN, LLC
                                            Attorneys for DelGuercio Plaintiffs


                                            By:   /s/ Adam M. Slater
                                                   ADAM M. SLATER

                                            SCHOENGOLD & SPORN, PC
                                            Attorneys for Dewey Plaintiffs


                                            By:   /s/ Samuel P. Sporn
                                                   SAMUEL P. SPORN

Dated: June 17, 2010

H:\EDK\DelGuercio Class\Final Approval of Settlement\NOM for Final Approval of Settlement 6-17-10.doc