UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____  :
JOHN M. DEWEY, et al.,               :
                                     :
        Plaintiffs,                  :
                                     :
    v.                               :   Civil Action No. 07-2249(FSH)
                                     :
                                     :
VOLKSWAGEN OF AMERICA, INC.,         :
et al.,                              :
                                     :
        Defendants.                  :
                                     :
_____  :
                                     :
JACQUELINE DELGUERCIO,               :
                                     :
        Plaintiff,                   :
                                     :
                                     :
    v.                               :
                                     :   Civil Action No. 07-2361(FSH)
VOLKSWAGEN OF AMERICA, INC.,         :
et al.,                              :
                                     :
        Defendants.                  :
                                     :
_____  :

**ORDER ON INFORMAL APPLICATION**

This matter having come before the Court for a telephone conference on the record on July 9, 2010, regarding the parties intention to make <u>Daubert</u>-type challenges to several experts and a schedule for the hearing on July 26, 2010;

and the Court having considered the submissions already filed and the positions of the parties;

and for the reasons discussed on the record on July 9, 2010;

IT IS THEREFORE ON THIS 9th day of July, 2010

ORDERED that no briefs shall be submitted concerning <u>Daubert</u>-type challenges. Such challenges shall be made orally after the testimony of the challenged expert is offered;

IT IS FURTHER ORDERED that each side shall have up to 30 minutes for direct examination and up to 30 minutes for cross-examination of each expert called to testify;

IT IS FURTHER ORDERED that, no later than **July 16, 2010**, the defendants shall identify the deposition pages/lines of the plaintiffs' legal fees expert that they intend to offer at the hearing and, no later than **July 22, 2010**, the plaintiff shall identify the counter-designations that they would offer from his deposition;

IT IS FURTHER ORDERED that, no later than **July 22, 2010**, the parties shall exchange copies of the exhibits and summaries that they intend to offer into evidence at the hearing;

IT IS FURTHER ORDERED that if an objector seeks to present oral argument at the hearing, then the objector will be allotted 10 minutes for oral argument; and

IT IS FURTHER ORDERED that after the objectors present their arguments (if any), each side will be allotted no more than 20 minutes for oral argument.

                                            <u>s/Patty Shwartz</u>
                                            **UNITED STATES MAGISTRATE JUDGE**