**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**Honorable Patty Shwartz**
**United States Magistrate Judge**

**U.S. Post Office & Courthouse Bldg.**
**Federal Square, Newark, NJ  07101**
**(973) 645-6596**

September 7, 2010

Todd Greenberg
71 Oakdale Avenue
Mill Valley, CA 94941

## LETTER ORDER

Re: Dewey v. Volkswagen, et al.
Civil Action No. 07-2249 (FSH)

Dear Mr. Greenberg:

The Court is in receipt of your letter dated August 27, 2010.  A copy of your letter has been provided to class counsel and class counsel is hereby directed to provide you with a response.

Very truly yours,

s/Patty Shwartz
PATTY SHWARTZ
United States Magistrate Judge

cc: Adam Slater, Esq.
    Dina Mastellone, Esq.
    Jeffrey Chase, Esq.