# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN M. DEWEY, et al<br><br>Plaintiffs<br><br>v.<br><br>VOLKSWAGEN AG, et al<br><br>Defendants. | Case No.:<br><br>07-CV-2249-FSH-PS<br>07-CV-2361-FSH-PS<br>(CONSOLIDATED)<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that objecting class members Daniel Sibley and David Stevens ("Sibley Objectors") and hereby appeal to the United States Court of Appeals for the Third Circuit from the Order and Final Judgment approving the class action settlement and awarding fees filed on August 4, 2010 (Dkt. No. 253), and the August 4, 2010 Opinion (Dkt. No. 252), both documents are attached hereto.

September 2, 2010

Respectfully submitted,

*Daniel Sibley*
Daniel Sibley, *pro se*
5623 Martel Avenue
Dallas, TX 75206
(214) 207-4227

*David Stevens*
David Stevens, *pro se*
2816 High Point Drive
Bonham, TX 75418

[RECEIVED SEP 03 2010 AT 8:30 WILLIAM T. WALSH, CLERK]

## PROOF OF SERVICE

I hereby certify that this document was filed by paper filing. Notice of Electronic Filing (NEF) will be generated by the court and sent by email to all attorneys in the case who are registered as CM/ECF users and have consented to electronic service.

September 2, 2010

*Daniel Sibley*
_____
Daniel Sibley

**RECEIVED**

SEP 0 3 2010

AT 8:30 _____ M
WILLIAM T. WALSH, CLERK