

**HERZFELD & RUBIN, P.C.**
ATTORNEYS AT LAW     125 BROAD STREET, NEW YORK, NY 10004   TEL 212 471-8500   FAX 212 344-3333   WWW.HERZFELD-RUBIN.COM

September 20, 2010

**Daniel V. Gsovski**
Direct Line: (212) 471-8512
dgsovski@herzfeld-rubin.com

**BY ECF AND REGULAR MAIL**
Honorable Patty Shwartz, U.S.M.J
United States District Court
 for the District of New Jersey
U.S. Post Office & Courthouse
50 Walnut Street, Room 477
Newark, New Jersey 07102

Re:   *Jacqueline Delguercio, et al. v. Volkswagen of America, Inc. et al.*
      07-CV-02361-FSH-PS
      *John M. Dewey, et al. v. Volkswagen of America, Inc. et al.*
      07-CV-02249-FSH-PS

Dear Judge Shwartz:

We are writing to advise the Court that after further consideration, Defendants join Plaintiffs' Motion to Compel Appellants/Objectors to Post Bond Pursuant to Fed. R. App. P. 7.

This letter is being filed in lieu of a separate motion, in order to avoid disrupting the current briefing schedule.

Plaintiffs' Counsel have been informed of Defendants' intention to join the motion and do not object.

Respectfully,

Daniel V. Gsovski

DVG:mb

HERZFELD & RUBIN, P.C.
1225 FRANKLIN AVE, SUITE 315
GARDEN CITY, NY 11530
TELEPHONE: 212-471-3231

CHASE KURSHAN HERZFELD & RUBIN, LLC
354 EISENHOWER PARKWAY, SUITE 1100
LIVINGSTON, NJ 07039-1022
TELEPHONE: 973-535-8840

HERZFELD & RUBIN, LLP
1925 CENTURY PARK EAST
LOS ANGELES, CA 90067
TELEPHONE: 310-553-0451

RUBIN MEYER DORU & TRANDAFIR
SOCIETATE CIVILA DE AVOCATI
7. STRADA PUTUL CU PLOPI
BUCHAREST I, ROMANIA
TELEPHONE: (40) (21) 311-1460