UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____ :
                               :
**JOHN M. DEWEY, et al.,**     :
                               :
    **Plaintiffs,**     :
                               :
  v.                       :    Civil Action No. 07-2249(FSH)
                               :
                               :
**VOLKSWAGEN OF AMERICA, INC.,**:
**et al.,**                    :    ORDER
                               :
    **Defendants.**     :
                               :
_____ :

    This matter having come before the Court on the motions of the plaintiffs, in which the defendants join, for an Order directing the appellant objectors to post a cost bond pursuant to Fed. R. App. P. 7 and the cross-motion of certain appellant objectors to enjoin the settlement of any appeal without court approval;

    and the Court having considered the submissions, record of proceedings, and governing law;

    and for the reasons set forth in the Opinion delivered on the record on October 15, 2010;[1]

    and for good cause shown

    IT IS ON THIS 15th day of October, 2010

    ORDERED that the motions to require the objectors to post bonds pursuant to Fed. R. App. P. 7 [ECF Nos. 266, 267, 282] is granted as follows:

---

[1] A transcript of the Opinion can be obtained by contacting King Transcription Service at 973-237-6080.

1. All objectors who filed appeals are jointly and severally responsible for the posting of a single bond in the amount of $25,000 pursuant to Fed. R. App. P. 7 under which they will be jointly and severally liable;

2. The plaintiffs are jointly and severally responsible for the posting of a bond in the amount of $25,000 pursuant to Fed. R. App. P. 7 under which they will be jointly and severally liable;

3. The defendants are jointly and severally responsible for posting a bond in the amount of $25,000 pursuant to Fed. R. App. P. 7 under which they will be jointly and severally liable; and

IT IS FURTHER ORDERED that the cross-motion for an injunction to bar any party from settlement without court approval [ECF No. 275] is denied.

s/Patty Shwartz
**UNITED STATES MAGISTRATE JUDGE**
