UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JOHN M. DEWEY, et al

                Plaintiffs,    :    Civil 07-2249(FSH)

   vs.
                                 :

VOLKSWAGEN OF AMERICA, INC.
et al
                                 :

                Defendants.    :    **CLERK'S CERTIFICATE OF**
                                                   **CASH DEPOSIT**

      I hereby certify that on __Nov. 29, 2010 $7,500.00__ was deposited in the Registry pursuant to Order entered __on 11/10/2010__ .

                                              Very truly yours,

                                              WILLIAM T. WALSH, Clerk

                                              by:

                                              __Norma Rodriguez__
                                              Deputy Clerk