Theodore H. Frank (*pro hac vice*)
CENTER FOR
CLASS ACTION FAIRNESS LLC
1718 M Street NW, No. 236
Washington, DC 20036
Phone: (703) 203-3848
Email: tedfrank@gmail.com

David M. Nieporent
SAMUEL & STEIN
38 West 32nd Street, Suite 1110
New York, NY 10001
Phone: (212) 563-9884

Attorneys for Objectors
Joshua West, Lester Brickman,
Darren McKinney, and Michael Sullivan

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN M. DEWEY, *et al.*, | Case Nos.: |
| Plaintiffs, | 07-CV-2249-FSH-PS |
| | 07-CV-2361-FSH-PS |
| vs. | (consolidated) |
| VOLKSWAGEN AG, *et al.*, | **[PROPOSED] CONSENT ORDER** |
| | **RELEASING APPELLATE BONDS** |
| Defendants. | |

**Whereas** on October 18, 2010 (Docket No. 293), and November 10, 2010

(Docket No. 296), the Court ordered appellants to collectively post $25,000 of

appeal bonds; and

1

**Whereas** on November 10, 2010, Theodore H. Frank deposited $5,000 with the Court (Docket No. 297); and

**Whereas** on November 10, 2010, Gary W. Sibley deposited $5,000 with the Court (Docket No. 298); and

**Whereas** on November 29, 2010, Theodore H. Frank deposited $7,500 with the Court (Docket No. 300); and

**Whereas** on December 1, 2010, Gary W. Sibley deposited $7,500 with the Court (Docket No. 303); and

**Whereas** on May 31, 2012, the U.S. Court of Appeals for the Third Circuit ruled in favor of the appellants; and

**Whereas** the parties to the appeal agree that there will be no further appeals from the May 31 ruling; and

**Whereas** the parties to the appeal agree that there is no just cause for the Court to continue to hold the appeal bonds of the objectors-appellants in this case;

**THEREFORE IT IS HEREBY ORDERED as follows:**

1.      The Clerk of the Court shall remit the $12,500 deposited by Theodore H. Frank to the Center for Class Action Fairness LLC, 1718 M Street NW No. 236, Washington, DC 20036.

2.    The Clerk of the Court shall remit the $12,500 deposited by Gary W. Sibley to The Sibley Firm, 2414 North Akard Street, Suite 700, Dallas, Texas 75201.

Dated: _____          BY THE COURT:


                                         _____
                                         HONORABLE PATTY SHWARTZ, U.S.M.J.

Submitted by:        */s/ David M. Nieporent*
                     David M. Nieporent
                     Counsel for the West Objectors

                     */s/ Gary W. Sibley*
                     Gary W. Sibley
                     Counsel for the Sibley Objectors

                     */s/ Adam M. Slater*
                     Adam M. Slater
                     Counsel for Plaintiffs

                     */s/ Samuel P. Sporn*
                     Samuel P. Sporn
                     Counsel for Plaintiffs

                     */s/ Jeffrey L. Chase*
                     Jeffrey L. Chase
                     Counsel for Defendants