Theodore H. Frank (*pro hac vice*)
CENTER FOR
CLASS ACTION FAIRNESS LLC
1718 M Street NW, No. 236
Washington, DC 20036
Phone: (703) 203-3848
Email: tedfrank@gmail.com

David M. Nieporent
SAMUEL & STEIN
38 West 32nd Street, Suite 1110
New York, NY 10001
Phone: (212) 563-9884

Attorneys for Objectors
Joshua West, Lester Brickman,
Darren McKinney, and Michael Sullivan

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN M. DEWEY, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> VOLKSWAGEN AG, *et al.*, <br><br> Defendants. | Case Nos.: <br><br> 07-CV-2249-FSH-PS <br> 07-CV-2361-FSH-PS <br> (consolidated) <br><br> [PROPOSED] CONSENT ORDER RELEASING APPELLATE BONDS |

**Whereas** on October 18, 2010 (Docket No. 293), and November 10, 2010 (Docket No. 296), the Court ordered appellants to collectively post $25,000 of appeal bonds; and

1

**Whereas** on November 10, 2010, Theodore H. Frank deposited $5,000 with the Court (Docket No. 297); and

**Whereas** on November 10, 2010, Gary W. Sibley deposited $5,000 with the Court (Docket No. 298); and

**Whereas** on November 29, 2010, Theodore H. Frank deposited $7,500 with the Court (Docket No. 300); and

**Whereas** on December 1, 2010, Gary W. Sibley deposited $7,500 with the Court (Docket No. 303); and

**Whereas** on May 31, 2012, the U.S. Court of Appeals for the Third Circuit ruled in favor of the appellants; and

**Whereas** the parties to the appeal agree that there will be no further appeals from the May 31 ruling; and

**Whereas** the parties to the appeal agree that there is no just cause for the Court to continue to hold the appeal bonds of the objectors-appellants in this case;

*[handwritten annotation: Whereas the divestiture rule and absence of a mandate not barring action on this request because: (1) The District Court has the authority to order the posting of a cost bond, see Fed R. App P 7; In re Insurance Brokerage, Civ No 04-5684, 2007 WL 1963063 *2 (DNJ July 2 2007) and by extension should have authority to order return once the purpose of the bond is served, (2) the objectors who posted the cost bonds will not be required to pay costs associated with the appeal, and (3) having the District Court address the request will not cause confusion or inefficiency as two courts will not simultaneously be addressing this issue. Mary Ann Pensiero; Venen v. Sweet, 758 F.2d 117, 120 n.2 (3d Cir 1985)]*

**THEREFORE IT IS HEREBY ORDERED** as follows:

1. The Clerk of the Court shall remit the $12,500 deposited by Theodore H. Frank to the Center for Class Action Fairness LLC, 1718 M Street NW No. 236, Washington, DC 20036.

2

Case 2:07-cv-02249-PS Document 319 Filed 06/25/12 Page 3 of 3 PageID: 8425

2. The Clerk of the Court shall remit the $12,500 deposited by Gary W. Sibley to The Sibley Firm, 2414 North Akard Street, Suite 700, Dallas, Texas 75201.

Dated: July 9, 2012

BY THE COURT:

_____
HONORABLE PATTY SHWARTZ, U.S.M.J.

Submitted by:  /s/ David M. Nieporent
David M. Nieporent
Counsel for the West Objectors

/s/ Gary W. Sibley
Gary W. Sibley
Counsel for the Sibley Objectors

/s/ Adam M. Slater
Adam M. Slater
Counsel for Plaintiffs

/s/ Samuel P. Sporn
Samuel P. Sporn
Counsel for Plaintiffs

/s/ Jeffrey L. Chase
Jeffrey L. Chase
Counsel for Defendants