## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN M. DEWEY, et al., | : |
| Plaintiffs, | : |
| vs. | : |
| VOLKSWAGEN AG, et al., | : |
| Defendants. | : |
| | : Case Nos.: |
| JACQUELINE DELGUERCIO, et al., | : 07-CV-2249-FSH-PS |
| | : 07-CV-2361-FSH-PS |
| Plaintiffs, | : (consolidated) |
| vs. | : **NOTICE OF JOINT MOTION** |
| | : **FOR PRELIMINARY** |
| VOLKSWAGEN GROUP OF AMERICA, INC., | : **APPROVAL OF** |
| et al., | : **SETTLEMENT,** |
| | : **CERTIFICATION OF** |
| | : **AMENDED SETTLEMENT** |
| | : **CLASS, AND APPOINTMENT** |
| | : **OF CO-CLASS COUNSEL** |
| Defendants. | : |

SIR/MADAM:

PLEASE TAKE NOTICE that on a date and time to be determined by the Court, the undersigned attorneys for plaintiffs and defendants shall move jointly before the United States District Court for an Order approving the settlement of the above captioned consolidated actions, certifying a Settlement Class, appointing Co-Class Counsel, and scheduling a Final Fairness Hearing.

PLEASE TAKE FURTHER NOTICE that the parties shall rely upon the Certification of Adam M. Slater, Certification of Samuel P. Sporn, Declaration of Daniel V. Gsovski, and the supporting brief filed and served herewith.

MAZIE SLATER KATZ & FREEMAN, LLC
Attorneys for DelGuercio Plaintiffs


By:   /s/Adam M. Slater
      ADAM M. SLATER


SCHOENGOLD & SPORN, PC
Attorneys for Dewey Plaintiffs


By:   /s/Samuel P. Sporn
      SAMUEL P. SPORN

HERZFELD & RUBIN, P.C.


By:   /s/ Jeffrey L. Chase
      JEFFREY L. CHASE


By:   /s/ Daniel V. Gsovski
      DANIEL V. GSOVSKI

Dated:  July 27, 2012

## CERTIFICATION OF SERVICE

I certify that on the date set forth below, I forwarded via ECF, the Notice of Motion for Preliminary Approval of Settlement, Certification of Settlement Class, and Appointment of Co-Class Counsel, Certification of Adam M. Slater, supporting brief, and Certification of Service,  to:

Honorable Patty Shwartz, U.S.M.J.
United States District Court
 for the District of New Jersey
Martin Luther King, Jr. Federal
50 Walnut Street
Newark, New Jersey  07102


     I hereby certify that the aforementioned statements made by me are true.  I am aware that if any of the aforementioned statements made by me are willfully false, I am subject to punishment.


                         /s/Adam M. Slater
                         ADAM M. SLATER

Dated:  July 27, 2012


H:\EDK\DelGuercio Class\PRELIMINARY APPROVAL - AMENDED 7-2012\NOM (Amended) for Preliminary Approval of Settlement  7-26-12.doc