# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN M. DEWEY, et al<br><br>　　　　　　Plaintiffs<br><br>v.<br><br>VOLKSWAGEN AG, et al<br><br>　　　　　　Defendants.<br>------------------------------------------------------------<br>JACQUELINE DELGUERCIO, et al<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., et al<br><br>　　　　　　Defendants. | Civil Action Nos.:<br><br>07-CV-2249-FSH-PS<br>07-CV-2361-FSH-PS<br>(CONSOLIDATED)<br><br>**CLASS ACTION**<br><br>**AGREED MOTION FOR OBJECTOR'S ATTORNEYS' FEES**<br><br>Judge: Honorable Patty Shwartz, U.S.M.J<br>Date: _____ , 2012<br>Time:<br>Courtroom: |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on _____, 2012, at ____ am., or as soon as the matter may be heard before the Honorable Patty Shwartz, United States District Judge, United States District Court of New Jersey, U. S. Post Office and Courthouse Bldg., 50 Walnut Street, Room 477 Newark, New Jersey 07120, David Stevens and Daniel Sibley will move for attorney's fees and costs to be award to Gary W. Sibley.

Dated: August 27, 2012

Respectfully submitted,

_____
Daniel Sibley, *pro se*
c/o The Sibley Firm
2602 McKinney Avenue, Suite 210
Dallas, TX 75204
(214) 522-5222

_____
David Stevens, *pro se*
c/o The Sibley Firm
2602 McKinney Avenue, Suite 210
Dallas, TX 75204
(214) 522-5222

_____
Gary W. Sibley
2602 McKinney Avenue
Suite 210
Dallas, TX 75204
(214) 522-5222
Attorney for Objectors Stevens and Sibley.

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed by paper filing and a copy sent by mail to all attorneys on the attached Service List this 27 day of August 2012.

_____
Gary W. Sibley

## SERVICE LIST

Jeffrey L. Chase Esq.
Herzfeld & Rubin
125 Broad Street
New York NY10004

Theodore H. Frank Esq.
Center for Class Action Fairness
1718 M Street, N.W. No. 236
Washington, DC20036

Angelo J. Genova Esq.
Genova Burns Giantomasi & Webster
494 Broad Street, 6th Floor
Newark, NJ 07102

Adam M. Slater Esq.
Mazie, Slater, Katz & Freeman
103 Eisenhower Parkway
Roseland, NJ 07068

Samuel P. Sporn Esq.
Schoengold & Sporn
19 Fulton Street, Suite 407
New York, NY10038-0000