# MAZIE SLATER KATZ & FREEMAN, LLC

COUNSELLORS AT LAW

103 Eisenhower Parkway
Roseland, NJ 07068
(973) 228-9898
Fax (973) 228-0303
www.mskf.net

Writer's Direct Dial: (973) 228-0393

David A. Mazie*†
Adam M. Slater*°
Eric D. Katz*°†
David M. Freeman

\* Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

† Certified as a Civil Trial Specialist
by the National Board of
Trial Advocacy

Counsel
Beth G. Baldinger°

Matthew R. Mendelsohn°
John D. Gagnon°
Karen G. Kelsen°
Cheryll A. Calderon
Andrew S. Riso°

° Member of N.J. & N.Y. Bars

October 10, 2012

Michael E. Gardner
Elaine S. Gardner
15819 Burlingame Road
Huntersville, North Carolina 28078

    Re:    *DelGuercio v. Volkswagen of America, Inc., et al.*
           Civil Action No.: 07-2361(FSH)

           *Dewey v. Volkswagen of America, Inc., et al.*
           Civil Action No. 07-2249 (FSH) (PS)

Dear Mr. and Mrs. Gardner:

    As we discussed, we are class counsel for the plaintiffs in these matters and we are in receipt of your objection to the proposed class settlement. Although the settlement does not entitle vehicle owners whose vehicles have been damaged but who have not yet completed the repairs to seek reimbursement from the $8 million settlement fund, you still may be able to obtain relief. Specifically, if any monies remain in the reimbursement fund after all eligible claimants have been paid, a residual fund will be available from which Volkswagen may, on a case by case basis, reimburse class members who, like yourself, were not entitled to obtain reimbursement under the original settlement.

    Please call me if you have any questions or concerns.

Very truly yours,

DAVID M. FREEMAN

DMF/av
cc:    Honorable Patty Shwartz, U.S.M.J.
        All Counsel Via ECF