VINCENT S. VERDIRAMO
VERDIRAMO & VERDIRAMO ESQS, PA
3163 Kennedy Blvd.
Jersey City NJ 07306
(201) 798-7082
(201) 798-4627
mmf036@aol.com

John J. Pentz, Esq. (*pro hac vice* pending)
19 Widow Rites Lane
Sudbury, MA 01776
(978) 261-5725
Email: jjpentz3@gmail.com

Attorneys For Objectors
David T Murray and Jennifer Murray

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEWEY, et al., <br>     Plaintiffs, <br> v. <br> VOLKSWAGEN AG, et al., <br>     Defendants. <br><br> DELGUERCIO, et al., <br>     Plaintiffs, <br> v. <br> VOLKSWAGEN GROUP OF <br> AMERICA, INC., et al., <br>     Defendants. | Case Nos.: <br><br> 07-CV-2249-FSH-PS <br> 07-CV-2361-FSH-PS <br> (consolidated) |

John J Pentz hereby certifies as follows:.

1. I am an Attorney at Law, in good standing, licensed to practice in the Commonwealth of Massachusetts with an address of 19 Widow Rites Lane, Sudbury, MA 01776.

2. I am associated in this matter with New Jersey counsel of record admitted to practice in the US District Court for the District of New Jersey.

3. I certify that I am a member in good standing of all courts listed on the attached sheet, which includes the date of admission and name and address of the office maintaining the roll of the members of its bar.

4. I am not now the subject of any pending disciplinary proceedings in any jurisdiction nor have I been disciplined previously in any jurisdiction.

5. I make this Certification in support of the application by my clients Robert Falkner and Kirsten Streeter for my admission *pro hac vice* to this Court for the purpose of representing them in connection with their objections in the above-captioned case.

6. I agree to comply with all local rules of this Court, and to be subject to the disciplinary jurisdiction of this Court, and further agree to abide by the provisions of L. Civ. R. 101.1.

7. I agree to make payment to the New Jersey Lawyer's Fund for Client Protection pursuant to Rule 1:28-2(a), to take no fee in any tort case in excess of the New Jersey Court Rule 1:27-7 covering contingent fees, and to make payment to this Court of $150.00 upon order granting this motion to appear *pro hac vice*.

I certify under penalty of perjury that the foregoing statements made by me are true.

Date:  October 23, 2012            */s/ John J. Pentz*
                                    John J Pentz

# Bar Memberships of John Jacob Pentz

| **State Courts** | Date Admitted | Bar # | Status |
|---|---|---|---|
| Supreme Judicial Court of Massachusetts<br>1 Pemberton Sq # 1-400 Boston, MA 02108 | December 1992 | 561907 | Active |
| Supreme Court of New Hampshire<br>One Charles Doe Drive, Concord, NH 03301 | May 1995 | 10882 | Inactive |

| **Federal Courts** | | | |
|---|---|---|---|
| Supreme Court of the United States<br>1 First Street NE Washington, DC 20543 | October 2006 | | Active |
| U.S. District Court for the Dist. of Mass.<br>1 Courthouse Way, Boston, MA 02210 | September 1995 | 40760 | Active |
| U.S. District Court for the Dist. of NH<br>55 Pleasant St., Concord, NH 03301 | May 2011 | | Active |
| U.S. Court of Appeals for the 1st Circuit<br>1 Courthouse Way, Boston, MA 02210 | May 2003 | | Active |
| U.S. Court of Appeals for the 2nd Circuit<br>500 Pearl St., New York, NY 10007 | April 2010 | | Active |
| U.S. Court of Appeals for the 3rd Circuit<br>21400 U.S. Courthouse,<br>601 Market St., Philadelphia, PA 19106 | October 2001 | | Active |
| U.S. Court of Appeals for the 4th Circuit<br>1100 E Main St # 617 Richmond, VA 23219 | September 2003 | | Active |
| U.S. Court of Appeals for the 5th Circuit<br>600 S. Maestri Pl., New Orleans, LA 70130 | November 2008 | | Active |
| U.S. Court of Appeals for the 6th Circuit<br>540 Potter Stewart U.S. Courthouse<br>100 E. Fifth Street, Cincinnati, Ohio 45202-3988 | May 2005 | | Active |
| U.S. Court of Appeals for the 7th Circuit<br>219 S. Dearborn Street, Chicago, IL 60604 | March 2002 | | Active |
| U.S. Court of Appeals for the 8th Circuit<br>111 S 10th St #24 St. Louis, MO 63102 | May 2005 | | Active |

| | | |
|---|---|---|
| U.S. Court of Appeals for the 9th Circuit<br>95 7th St., San Francisco, CA 94103 | April 2002 | Active |
| U.S. Court of Appeals for the 10th Circuit<br>1823 Stout St., Denver, CO 80257 | September 2006 | Active |
| U.S. Court of Appeals for the 11th Circuit<br>56 Forsyth St., N.W., Atlanta, Georgia 30303 | May 2002 | Active |