UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEWEY, et al., <br>     Plaintiffs, <br> v. <br> VOLKSWAGEN AG, et al., <br>     Defendants. <br><br> DELGUERCIO, et al., <br>     Plaintiffs, <br> v. <br> VOLKSWAGEN GROUP OF <br> AMERICA, INC., et al., <br>     Defendants. | Case Nos.: <br><br> 07-CV-2249-FSH-PS <br> 07-CV-2361-FSH-PS <br> (consolidated) |

## OBJECTION TO REQUEST FOR ATTORNEY'S FEES

Class members and Objectors David T. Murray and Jennifer B. Murray appeal to the United States Court of Appeals for the Third Circuit from this Court's Opinion (Document 419), Order Granting Motion for Attorneys' Fees (Document 420), and Order and Final Judgment (Document 421) entered by this Court on December 14, 2012.

Respectfully submitted,
David T. Murray, Jennifer B. Murray,
By their attorneys,

/s/ Vincent S. Verdiramo
VINCENT S. VERDIRAMO
VERDIRAMO & VERDIRAMO ESQS, PA
3163 Kennedy Blvd.
Jersey City NJ 07306
(201) 798-7082
(201) 798-4627
mmf036@aol.com

John J. Pentz,
19 Widow Rites Lane
Sudbury, MA 01776
Phone: (978) 261-5725
Fax: (978) 405-5161

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the foregoing document was filed via the ECF filing system on January 10, 2013, and that as a result electronic notice of the filing was served upon all attorneys of record.

                                                           */s/ Vincent S. Verdiramo*
                                                            Vincent S. Verdiramo